CHARLES V. BARKER, Appellant, Respondent, v. FRANCIS E. BARKER and Others, Defendants.    MAUD ARCHER and Others, Appellants; PAULINE MAY and Others, Respondents.— Motion for reargument granted on condition that any additional papers be submitted on or before September 1, 1916.    Present — Thomas, Carr, Stapleton, Mills and Putnam, JJ.

LUCY W. BOYLE, Respondent, v. FRANK J. HAYES and JOHN N. BOYLAN, as Executors, etc., of JOHN B. SALTER, Deceased, Appellants.— Motion to resettle order denied.    Present — Thomas, Carr, Stapleton, Mills and Putnam, JJ.

.ARTHUR G. ERLANGER, Respondent, v. HARRIET E. ERLANGER, Appellant.— Motion for stay denied, without costs.    Present — Thomas, Carr, Stapleton, Mills and Putnam, JJ.

CATHERINE HAYES, Respondent, v. EDMOND J. HAYES, Appellant.— Motion denied.    Present — Thomas, Carr, Stapleton, Mills and Putnam, JJ.

In the Matter of the Application for Temporary Letters of Administration of the Goods, etc., of MARTHA E. DURBAN, Deceased.    In the Matter of the Contested Will of MARTHA E. DURBAN, Deceased.— Motion for stay granted.    Present — Thomas, Carr, Stapleton, Mills and Putnam, JJ.

SIMON KAROSIS, etc., Appellant, v. SUSQUEHANNA COAL COMPANY, Respondent, Impleaded with PENNSYLVANIA RAILROAD COMPANY, Defendant.— Motion denied.    Present — Thomas, Carr, Stapleton, Mills and Putnam, JJ.

RICHARD MAJOR, etc., Executor, etc., of RICHARD MAJOR, Deceased, Respondent, v. RICHARD MAJOR, etc., and Others, Appellants.— Motion granted, except as to striking the names of certain parties from the notice of appeal and other papers.    Present — Thomas, Carr, Stapleton, Mills and Putnam, JJ.

CHARLES H. MILLS, Respondent, v. THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Appellant.— Motion for .reargument denied.    Motion for leave to appeal to the Court of Appeals denied.    Present — Thomas, Carr, Stapleton and Putnam, JJ. (Mills, J., taking no part).

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALEXANDER SILVERMAN, etc., Appellant.— Motion denied.    Present — Jenks, P. J., Thomas, Stapleton Mills and Putnam, JJ.

WILLIAM H. ROWE and JOHN J. ROWE, as Administrators, etc., of CAROLINE E. ROWE, Deceased, Respondents, v. S. ANNIE MILLS, as Administratrix, etc., of S. DECATUR HAWKINS, Deceased, Appellant.— Motion to resettle order denied, without costs.    Present — Thomas, Carr, Stapleton, Mills and Putnam, JJ.